# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON MONTOYA**, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:14-cv-00287-SC |
| ) | **ORDER** |
| Plaintiff, ) ) | |
| v. ) ) | |
| **SLM CORPORATION; SALLIE MAE, INC.;** and **GENESYS TELECOMMUNICATIONS LABORATORIES, INC.,** ) ) ) ) ) | |
| Defendants. ) ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

Dated this __22__ day of May, 2015

_____
The Honorable Samuel Conti