United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON MONTOYA,

    Plaintiff,

    v.

FMS INVESTMENT CORP.,

    Defendant.

Case No. 15-cv-01758-TEH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Samuel Conti for consideration of whether the case is related to *Montoya v. SLM Corporation et al.* Case No. C14-0287 SC.

**IT IS SO ORDERED.**

Dated: 08/12/2015

_____
THELTON E. HENDERSON
United States District Judge